# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Paula Yvonne Caruso, : 
                Petitioner : 
                 : 
           v. :       No. 281 C.D. 2018
                 : 
Unemployment Compensation : 
Board of Review, : 
             Respondent : 

## **O R D E R**

NOW, October 29, 2018, upon consideration of petitioner's application for reconsideration, the application is denied.

 

 

MARY HANNAH LEAVITT,
President Judge